IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JN MEDICAL CORPORATION, | |
|---|---|
| Plaintiff, | 8:18CV154 |
| vs. | |
| AURO VACCINES, LLC, | ORDER |
| Defendant. | |

This matter is before the court on the findings and recommendation of the bankruptcy court, Filing No. 1. This case was originally filed in bankruptcy court. In the parties' Joint Preliminary Pretrial Statement, the parties agree that this case contains both core and non-core claims. The parties do not consent to final orders on the judgment by a bankruptcy judge. Further, defendant Auro Vaccines, LLC has also timely demanded a jury trial. The bankruptcy judge notes that he is not equipped to handle a jury trial in this district. The bankruptcy judge reviewed the facts and the relevant caselaw. He recommends that the District Court of Nebraska withdraw the reference of this adversary proceeding pursuant to Nebraska General Rule 1.5(b). There are no objections to the report and recommendation pursuant to NEGenR 1.5(b)(2).

The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the findings and recommendation should be adopted in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The findings and recommendation, Filing No. 1, is adopted in its entirety.

2. The court hereby withdraws its reference to bankruptcy.

3. The case is referred to the magistrate judge for case progression.

Dated this 29th day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge