IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JN MEDICAL CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>AURO VACCINES, LLC,<br><br>        Defendant. | 8:18CV154<br><br>ORDER |

A pretrial conference is scheduled in this case for December 4, 2018 and the jury trial is scheduled for December 18, 2018. Plaintiff's and Defendant's motions for summary judgment are pending.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

Dated this 30th day of November, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge